UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| In re BULLITT COUNTY TRAIN DERAILMENT LITIGATION | § § § § | CIVIL ACTION NO. 3:07CV-24-R<br><br>HON. THOMAS B. RUSSELL<br>JURY TRIAL REQUESTED |

## ORDER SEVERING INDIVIDUAL CLAIMS OF BELL AND GREEN PLAINTIFFS

The Court considered Plaintiffs and Defendants, CSX Transportation, Inc. ("CSXT") and General Electric Capital Services, Inc. and General Electric Railcar Services Corp. (collectively "GE") motion to sever the individual claims made by Roberta Green, William R. Green, Sr. (now deceased), Michelle Hornback (individually and as next friend and representative of T.R.), Brandon Bell, and Brandy Bell (individually and as next friend and representative of minor M.F.) under Federal Rule of Civil Procedure 21. After consideration of the pleadings and argument of counsel, the Court is of the opinion that the motion should be GRANTED.

Accordingly, IT IS ORDERED THAT the individual claims of Roberta Green, William R. Green, Sr. (now deceased), Michelle Hornback (individually and as next friend and representative of T.R.), Brandon Bell, and Brandy Bell (individually and as next friend and representative of minor M.F.) are severed from this action under Federal Rule of Civil Procedure 21.

The Clerk shall reopen Case No. 3:08-CV-42-R and vacate the order at Docket #48 entered on June 4, 2008 pertaining to this action. The severed action will be tried by a jury.

239602.1